

*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
*A PROFESSIONAL LIMITED LIABILITY COMPANY*

August 5, 2019

**VIA ECF**
Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

                    Re:  Shah v. ROKT Corp., et al.
                          Civil Action No. 1:18-cv-04075-VSB

Dear Judge Broderick:

    We represent Plaintiff, Bijal Shah, in the above-referenced matter. On behalf of all parties, we write to inform the Court that the parties have reached a settlement in principle in this matter. Accordingly, the parties respectfully request a cancellation of all current discovery deadlines while the parties finalize and execute a formal settlement agreement. Barring any unforeseen circumstances, the parties expect to file a stipulation of dismissal within sixty (60) days.

Respectfully Submitted,

**PHILLIPS & ASSOCIATES, PLLC**

*s/Erica L. Shnayder*
Erica L. Shnayder, Esq.