UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIJAL SHAH,

          Plaintiff,

-against-

ROKT CORP., JUSTIN VILES, individually,
NEIL ROBINSON, individually, and BRUCE
BUCHANAN, individually,

          Defendants.

Civil Action No. 1:18-cv-04075-VSB

**CONSENT ORDER OF DISMISSAL
WITH PREJUDICE**

This matter having been presented to the Court by the agreement of all of the parties and good cause appearing therefore, it is on this _____ day of October 2019,

**ORDERED** that the Complaint of Plaintiff, Bijal Shah, be and hereby is dismissed in its entirety with prejudice as to all Defendants and without costs or fees against any party,

**IT IS FURTHER ORDERED** that this Court will retain jurisdiction for the purposes of enforcing any agreement between the parties concerning the resolution of this matter.

_____
VERNON S. BRODERICK, U.S.D.J.

We hereby consent to the form and entry of this order.

By: _____
ERICA L. SHNAYDER, ESQ.
PHILLIPS & ASSOCIATES
45 Broadway, Suite 620
New York, New York 10006
E-Mail: Eshnayder@tpglaws.com
Attorneys for Plaintiff

By: _____
AMANDA K. CALDWELL, ESQ.
FISHER & PHILLIPS LLP
430 Mountain Avenue, Suite 303
Murray Hill, New Jersey 07974
Phone: (908) 516-1050
E-mail: acaldwell@laborlawyers.com
Attorneys for Defendants

FP 36276202.1